IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-07666 |
| | ) | |
| GREG ANDRICOPULOS, | ) | |
| | ) | |
| Defendants. | ) | Hon. John Robert Blakey |
| | ) | |

<u>MOTION TO WITHDRAW</u>

COMES NOW Erin K. Russell, counsel for Defendant, and pursuant to LR83.17 moves to withdraw as counsel for Defendant, showing the Court as follows:

1. The undersigned filed her appearance on behalf of Defendant on March 20, 2019. [ECF No. 16]

2. She filed an answer and counterclaims on behalf of Defendant on April 2, 2019. [ECF No. 18]

3. The undersigned appeared for a status conference in this matter on June 19, 2019, and again on July 2, 2019. [ECF No. 24, 26]

4. In the interim, the undersigned engaged in settlement discussions with counsel for Plaintiff on behalf of Defendant and communicated with Defendant about those discussions.

5. A conflict has arisen that precludes the undersigned from continuing to represent Defendant in this matter.

6. Substantial disagreements as to how to proceed in this case have arisen,

communications have broken down, and irreconcilable differences persist, rending future representation impossible.

7. No substitution of counsel has been obtained.

8. Defendant has been given notice of the intent of the undersigned to withdraw via telephone, email, and USPS Priority Mail. A copy of this motion and the related notice of motion have been served on Defendant via email and USPS Priority mail at the address on the attached exhibit.

9. Defendant was given notice of the MIDP deadlines set by the Court.

10. Defendant has also been provided via email and USPS Priority mail a copy of the Court's July 2 order setting this matter for a status hearing on July 30, 2019, and extending the MIDP disclosure deadline to July 5, 2019.

11. The Notification of Party Contact Information sheet required pursuant to the Local Rules is attached to this motion as Exhibit A.

WHEREFORE, the undersigned respectfully requests that this Court grant her motion to withdraw as counsel for Defendant.

Respectfully submitted,

/s/ Erin K. Russell
The Russell Firm, LLC
650 W. Lake Street
Suite 210A
Chicago, IL 60661
T: 312-994-2424
F: 312-706-9766
erin@russellfirmip.com

CERTIFICATE OF
SERVICE

      This is to certify that on July 5, 2019, this document was filed with the Court via the CM/ECF electronic filing system, thereby serving it upon all counsel of record.

      A copy of this motion was also served on Defendant Greg Andricopulos via email and via USPS Priority Mail to 2144 N. Lincoln Park West, Apt. 25A, Chicago, IL 60614. The USPS Priority Mail tracking number is 947010369930004487184.

      /s/ Erin K. Russell