UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Malibu Media, LLC

                Plaintiff,

v.                                                    Case No.: 1:18−cv−07666

                                                           Honorable John Robert Blakey

John Doe, subscriber assigned IP address 99.82.237.236, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 11, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion and status hearing held on 7/11/2019. Plaintiff's counsel failed to appear and failed to notify Chambers of any scheduling conflicts. Plaintiff is warned that any further failure to appear may result in this case being dismissed with prejudice for want of prosecution. Erin K. Russell's motion to withdraw [27] is granted. Defendant Greg Andricopulos shall file a pro se appearance form checking the box for email notification and adding a email address on the form, if applicable. Attorney Russell shall personally serve a copy of this order on Defendant Andricopulos. Defendant Andricopulos is ordered to appear either personally or through new counsel at the next hearing. Hearing previously set for 7/30/2019 at 9:45 a.m. in Courtroom 1203 to stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.